ASH

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Iana Ostanina, | No.   CV-26-00442-PHX-SHR (DMF) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, et al., | |
| Respondents. | |

On January 26, 2026, Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.)  By Order that same day, the Court ordered Respondents to show cause as to why the Petition should not be granted.  (Doc. 4.) Petitioner has now filed a Motion for Voluntary Dismissal of this action as moot on the basis that she has now been released from custody. (Doc. 8.)  Accordingly, the Court will grant the Motion and direct that this action be dismissed without prejudice as moot.

**IT IS ORDERED:**

(1)   Petitioner's Motion for Voluntary Dismissal (Doc. 8) is **granted**.

(2)   The Petition (Doc. 1) and this action are **dismissed without prejudice as moot**, and the Clerk of Court must **enter judgment** accordingly.

Dated this 22nd day of May, 2026.

Honorable Scott H. Rash
United States District Judge